JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANI ARABIAN, | ) | Case No.: 14-2967 DSF (CWx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| CAPITAL ONE, N.A., and ING BANK FSB, | ) | |
| Defendants. | ) | |

_____

The Court having ordered that the case be dismissed by consent of the plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 7/7/14

_____
Dale S. Fischer
United States District Judge